# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TYLISHA ALLEN, and ALONDRA VILLAGOMEZ MORALES, Individually and on behalf of all others Similarly situated, </br></br> *Plaintiffs*, </br></br> v. </br></br> R.J. VAN DRUNEN & SONS, INC. </br></br> *Defendant*. | Case No. 2:20-cv-02106-CSB-EIL |

## JOINT MOTION TO WITHDRAW JOINT MOTION FOR STATUS CONFERENCE

The Parties, Plaintiffs Tylisha Allen and Alondra Villagomez Morales, and Defendant R.J. Van Drunen & Sons, Inc., jointly move to withdraw the Joint Motion for Status Conference, Document No. 12 filed with the Court on June 9, 2020. Concurrently filed with this Joint Motion is a voluntary dismissal of Count I of Plaintiffs' First Amended Class Action Complaint.

Dated: June 26, 2020

TYLISHA ALLEN and ALONDRA
VILLAGOMEZ MORALES

/s/ *Brandon M. Wise*
One of their Attorneys

Brandon M. Wise
Paul A. Lesko
PEIFFER WOLF CARR & KANE APLC
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
314-833-4825

Respectfully Submitted,

R.J. VAN DRUNEN & SONS, INC.

/s/ *A. Colin Wexler (w/ consent)*
One of its Attorneys

A. Colin Wexler
W. Kyle Walther
Takayuki Ono
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603-5792
(312) 201-4000

**CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will provide notice and allow access to all counsel of record.

/s/ *Brandon M. Wise*