IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TYLISHA ALLEN and ALONDRA VILLAGOMEZ MORALES, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>R.J. VAN DRUNEN & SONS, INC.,<br><br>Defendant. | Case No. 2:20-cv-02106-CSB-EIL<br><br>Hon. Colin Stirling Bruce<br><br>Magistrate Judge Eric I. Long |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

Plaintiffs Tylisha Allen and Alondra Villagomez Morales, by and through their attorneys, move to withdraw the attorney appearance of Madeline K. Engel. In support of their motion, Plaintiffs state as follows:

1. Ms. Allen and Ms. Villagomez Morales are presently represented in this matter by Brandon Wise, Paul Lesko, and Adam Florek of Peiffer Wolf Carr Kane & Conway, LLP; Alejandro Caffarelli and Madeline Engel of Caffarelli & Associates Ltd.; and David Fish of Fish Potter Bolaños, P.C.

2. Effective October 27, 2021, Ms. Engel will resign from her employment at Caffarelli & Associates Ltd. She will not continue to represent either named Plaintiff as of that date and therefore seeks to withdraw her appearance as Plaintiffs' counsel of record.

3. Plaintiffs' other attorneys will continue to represent them in this matter.

WHEREFORE, Plaintiffs respectfully request that this Court grant leave to withdraw the appearance of Madeline K. Engel as their attorney of record.

| | |
|---|---|
| Dated: October 25, 2021 | Respectfully submitted, |
| Alejandro Caffarelli<br>Madeline K. Engel<br>Caffarelli & Associates Ltd.<br>224 S. Michigan Ave, Suite 300<br>Chicago, Illinois 60604<br>Tel. (312) 763-6880<br>acaffarelli@caffarelli.com<br>mengel@caffarelli.com | TYLISHA ALLEN and ALONDRA VILLAGOMEZ MORALES, Individually and on behalf of all others similarly situated,<br><br>By: /s/ *Madeline K. Engel*<br>    Attorney for Plaintiffs |

## CERTIFICATE OF SERVICE

   I hereby certify that on October 25, 2021, I electronically filed the foregoing Motion to Withdraw Attorney Appearance with the Clerk of the Court using the CM/ECF system, and which will send notification of such filing to all counsel of record, including the following:

A. Colin Wexler
W. Kyle Walther
Goldberg Kohn, Ltd.
55 East Monroe Street, Suite 3300
Chicago, IL 60603
*Colin.Wexler@goldbergkohn.com*
*Kyle.Walther@goldbergkohn.com*

              /s/ Madeline K. Engel