# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TYLISHA ALLEN, and <br> ALONDRA VILLAGOMEZ MORALES, <br> Individually and on behalf of all others <br> Similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> R.J. VAN DRUNEN & SONS, INC. <br><br> *Defendant*. | Case No. 2:20-cv-02106-CSB-EIL |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs Tylisha Allen and Alondra Villagomez Morales, by and through their counsel, Peiffer Wolf Carr Kane & Conway, LLP, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby dismiss, without prejudice, all remaining Counts in this matter.

Defendant has filed neither an answer nor a motion for summary judgment in this matter.

Respectfully submitted,

Dated: December 3, 2021

By: */s/ Brandon M. Wise*
Brandon M. Wise – IL Bar # 6319580
Paul A. Lesko – IL Bar # 6288806
PEIFFER WOLF CARR & KANE, APLC
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825
Email: bwise@pwcklegal.com
Email: plesko@pwcklegal.com

COUNSEL FOR THE PLAINTIFF AND THE PUTATIVE CLASS

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 3, 2021, I electronically filed a true and accurate copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing and allow access to all counsel of record.

                       */s/ Brandon M. Wise*